UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEITH CLOVER, et al.,
        **Plaintiffs,**

    v.                                            Case No. 10-C-0373

JEFFREY STADELMANN, et al.,
        **Defendants.**

---

## ORDER

During prior proceedings, all defendants except Jeffrey Stadelmann were dismissed from this case. On June 13, 2011, plaintiffs asked that the Clerk of Court enter Stadelmann's default, and on June 14, 2011, the Clerk entered the default. However, in the nearly three months that have passed since the entry of default, plaintiffs have not moved for default judgment. Plaintiffs are hereby advised that unless they file a motion for default judgment against Stadelmann or take other action to prosecute this case within twenty-one days of the date of this order, I will enter an order dismissing this case without prejudice for lack of diligence. See Civil L.R. 41(c) (E.D. Wis.).

**SO ORDERED** at Milwaukee, Wisconsin, this 9th day of September, 2011.

                                          s/_____
                                          LYNN ADELMAN
                                          District Judge